IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LADEENA K. MONTGOMERY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No: 1:20-cv-01052-STA-cgc |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE AFFIRMING DECISION OF THE COMMISSIONER**

Plaintiff filed this action to obtain judicial review of Defendant Commissioner's final decision denying her application for benefits under the Social Security Act. The Magistrate Judge has recommended that the decision of the Commissioner be affirmed. (ECF No. 39.) Plaintiff has not filed any objections within the requisite time. The Court has reviewed the record and finds the Magistrate Judge's report and recommendation to be in accordance with the facts and the law. Accordingly, the report and recommendation is **ADOPTED**, and the case is hereby **DISMISSED** with prejudice. Judgment will be entered in favor of the Commissioner.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date:  January 3, 2023